DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BERNARD D. WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1120

_____

November 22, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

PER CURIAM.

   Affirmed.

SILBERMAN, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.